Okay, our fifth case of the day is in appeal number 22 3308 Chadwick Fulks versus the warden TJ Watson Mr. Cranley, good morning. Good afternoon. Whenever you're ready No, take take your time A Good morning or afternoon, I believe at this point Your honors. We're here today in the folks matter. I represent Chadwick Fulks. I'm Mark Cranley We're here after a dismissal of my client's complaint after a finding That he forged a document and gave false testimony About that document. Mr. Cranley. You're not as I understand it Contesting that your client did submit a fabricated document. We are not and your client testified falsely about it We're not appealing that and you're also not appealing the dismissal of the non-exhausted claims. That's correct Okay, what we are appealing is the remedy chosen in light of the at least four specific aspects of this case that make it Different than other cases that were handed down that have affirmed dismissal as a sanction for this type of Misconduct we recognize that the need for truthfulness of people testifying before the court is paramount We're certainly not trying to diminish that value that important public interest but we think there are four things that make this at the end the unusual case where a dismissal is not an Appropriate remedy in this type of situation dealing with the prisoner claim The first one of those is the nature of the allegations that were dismissed The claim we're really asking the court to revive is the Claim that mr. Folks was sexually assaulted by a prison doctor. So mr. Mr Crowley that claim was was it not looked at to a certain degree within the the prison system within BOP? I thought mr. Folks ultimately Called the sexual assault hotline that he wrote to the US Attorney's Office eventually, there's at least a Administrative level finding that it was not substantiated. Oh, that's correct And in fact, this was one claim that was in the earlier phases of the case was found to be fully exhausted Because mr. Folks took those steps and in fact was not an issue In the here the PV hearing on whether he had exhausted right? No, he definitely had exhausted But I'm also saying he exhausted as it were unsuccessfully, you know people For whatever reason, you know, I don't know why but Found that these allegations were not Well founded that that is a correct a statement of the record But I think for our purposes We're here on a claim that we have not taken all the way to trial We've not had the opportunity to complete discovery on it. We've not Presented it. It's really a tantamount to a dismissal on the face of it so the point that Judge Hanlon raised he was the district judge right here that that If if it's fair to construe that claim the sexual assault claim against dr. Is it Wilson Wilson as Headed to trial it wasn't gonna it didn't look like it was gonna be tested at summary judgment It was look like it was gonna head to trial that way your client put that at risk By engaging in the misconduct on the court. Why why is that not? You know a finding that that we should respect. Yeah, I think I think that That way of looking at it is correct in most cases that you've put your your chips on the table And you took your risk. I think it's a different though when we're talking about sexual The sexual assault claim and that's because it's not just about mr. Folks It of course it is about him and the fact that he's claiming to be a sexual assault victim But we have concerns about our other prisoners being treated this way This is the Board of Prisons has an interest in making sure its employees don't engage in this kind of Awful conduct as do other prison employees. So I think the idea that it's just mr Folks is chipped to put on the table and take a risk is it's not correct I think in a lot of anything support that is there any case law that supports your argument? Not not on this notion of I don't think any cases really Use judge Hanlon's analogy, but I don't I don't disagree with the logic this analogy I just think in this type of heightened situation, whether it's a sexual assault allegation, it's just not appropriate Isn't that contrary to the courts? Deterrence arguments and one of the things you've got somebody committing fraud on the court here and There are consequences of committing fraud on the court the court carefully went through lesser sanctions But concluded they were not sufficient for this fraud on the court that quite frankly Mr. Folks had the opportunity to cure a couple times during testimony But chose to keep lying about it through deposition through Pavey hearing So if we say Okay, it's okay to commit fraud on the court When you're alleging something really serious, how is that? Deterring this kind of content because I think the the fact that there's a very serious Allegation an issue is connected to the other reasons why we we claim that the district court Decision to dismiss should be reversed and that's one of them is that the conduct at issue That doesn't connect to the hearing an issue so that his claim against. Dr. Wilson has nothing to do He wasn't going to benefit from his Misconduct in in the dr. Wilson case I would have trouble standing in front of you and saying he should be able to benefit from this misconduct that that's one issue The second is mr. The record of mr. Folks Conduct and litigation other than this there is no he is not a serial litigator like there are We're all aware of that fact And in fact several the published cases dealing with this type of conduct and remedy deal with serial litigators who have repeatedly lied In front of the courts. Well, mr. Folks while you know again not defending the conduct. We're not appealing the conduct This is the first time he's been in this position But how is it abuse an abuse of discretion which is a standard here for the court To dismiss this based on the repeated fraud on the court in this particular case And when I say repeated, I mean he filed the document. He stuck with this story He lied about it in his deposition and etc. And that's the way the government phrases it I'm sure Michelle's will phrase it here in a minute. But from our viewpoint, it's it's a continuing one instance this case Multiple cases Opportunities to cure it which I think is When I say repeated, that's what I mean He had various opportunities during the course of this litigation to cure the lie and yet he chose not to you might have a different argument if he had submitted the document and then he came clean during his deposition and said No, I I Fabricated that but that's not what happened. No, that's not what happened here that's not what the record shows but I do think the fact that he's not at this point able to benefit from the fraud that He has a record of being and this is a gentleman. He's been in prison since 2005 doesn't have a history of any fraud in the prison grievance system when he's Submitted I think the record shows 85 different grievances over the course of those 23 years And there is one instance in the record where he's committed to anything. That's close to What what's at issue in this case and it's just a vague one-sentence reference to lying That is something he was cited for we don't know if it's lying to a prison official or telling a lie to other prisoners We don't know what it is. We can't really tell what that is. I think his record is a lot different than other Plaintiffs who have found themselves in this situation. I think the critical mass of those three things plus the fourth issue, which is the Severity of the remedy now, I don't dispute at all the judge Hanlon considered We're not arguing as a matter of process that he did he did exactly what he was supposed to do Let's look at remedies and he says there's nothing else I can do. That's really gonna have an impact on. Mr. Folks Mr. Folks is on death row, you know, he's he's about as bad off as you can be That's very true in the that that factor weighs heavily in one of these suggested remedies We posed which was this should be resolved in the prison grievance system because he's he's a prisoner for life So things that can be taken from him as part of that Enforcement of the grievance process and the fact that he has now been found But why during that grievance process can take away things that would be very important to someone in his position Commissary phones things like that. I'm not sure how many of those things he has by the way I mean I have visited that death row It's pretty Spartan it can a court impose sanctions like that taking away your commissary at the prison I don't think courts have control and can tell prisons that so the way we phrase it is they can defer to the prisoner But they I don't think the court could order necessarily. There's a due process Process of benefit. We did point out that in our briefing that their administrative Excuse me Claim proposal in our issue proposal would prevent Relitigation of the question especially now that we've been up on appeal of whether he did in fact alter the document testify false We also family you want to save a little rebuttal time. I do. Okay, but yeah, no problem. Appreciate it. You're welcome Shields good afternoon Good afternoon, and may it please the court Gina Shields on behalf of the Pelley's in this case This court has repeatedly recognized that perjury is among the worst kinds of misconduct and that falsifying evidence to secure Victory undermines the most basic Foundations of our judicial system. So miss Shields cutting to the chase I'm sure you're gonna be arguing that the judge Hanlon did not abuse his discretion Even though maybe somebody else might have chosen a lighter penalty But what I would like what I don't want the result of this case to be is for the government to go home and say Oh, well, we don't have to worry about. Dr. Watson because you know We got him off in this case and and and to think that everything was okay without Exploring, you know, what actually is going on in the penitentiary at Terre Haute because It's one thing to give mr. Foulkes a Damages award because he was assaulted Allegedly, but let's assume he proved it That he was assaulted in violation of his personal rights and the prison Prius standards and all the rest of it. It's it's a different thing to say that Nobody should should pursue that so I looked into you know Whether the Bureau of Prisons had had Internal remedies in Office of Inspector General or anything of the sort and does seem that there are offices in BOP because You know, I just don't The message here if we were to affirm judge Hanlon should not be. Oh, well, nothing bad happened Yes, your honor. The BOP does have internal mechanisms to investigate allegations such as this of Staff misconduct as you pointed out. He did exhaust fully exhaust his claim Before he brought suit so there was an internal investigation on the remedy and there's some concern about exfoliation of evidence, you know these paper towels that Picked up and disappear Your your honor that that claim was dismissed By the district court on a motion to dismiss But to get back to earlier, but I'm just saying it factually not Again, sort of from a more institutional point of view It's not quite the same as mr. Folks, you know bringing that claim it's different. Well, there also is the office of and Inspector General there's an office of internal affairs within the BOP all of which investigate allegations of staff misconduct And is there any reason to think anybody's looking at this or are they just saying oh well we love dr. Watson or what? Your honor we never reached the merit stage at this in on that claim If I'm remembering correctly, I believe there was an internal investigation But that's not part of the record because we never met we never reached that stage Is there anything in the record about whether there were other allegations of sexual abuse against dr. Watson? Not to my knowledge The determined question on this appeal is whether the district court abused its discretion dismissing all of mr Folks's claims including his exhausted ones as a sanction. That means that the mere fact That the court that this court or another district court may have addressed the problem with a different set of solutions or sanctions It's not enough. This court can reverse only where no reasonable judge would have done the same Mr. Folks has not met that incredibly high burden and as Your honors have pointed out the sanction that the district court imposed is a direct result of the choices that mr Folks made repeatedly throughout the course of this litigation From the very outset of this case in July 2020 when the prison officials filed their first substantive filing They admitted that mr. Folks had exhausted his claims of purported sexual assault It was never the subject of the motion to dismiss or the alternative motion for summary judgment on exhaustion Was that claim by My read of the record. It looks like that claim was headed to trial Yeah, but for the you know, the intervening, you know fraud here exactly and that was my next point absent his egregious misconduct and the perjury in the forgery That claim would have gone to trial. I hope I hope the point you're hearing from the bench. Is that the Warden Watson and dr. They understand the gravity of that claim that would have been headed to trial and it would have been on full display in a public courtroom, but for This intervening misconduct and that the BOP, you know take an allegation like that I mean it it it's a very serious allegation that was dismissed Look like it was headed to trial Absolutely, your honor we understand that the and it would have been possible of course to have to just dismissed all of the claims affected by the perjury and allowed the The Priya claim to to go forward that would have been a sanction in and of itself with bite for somebody like mr Folks if I'm understanding your your statement correctly, I don't believe that would be sanctioned under the PLR a unexhausted claims have to be dismissed. So if the court only Dismissed the unexhausted claims that's not a sanction. That's just the correct result. That's what you're reasoning backwards though. I mean After the fact once you've determined that they weren't properly exhausted. You're right. I mean no big deal, but He had filed the claims he had arguments Presumably for thinking he could go forward with them. And so ex-ante to dismiss almost your entire case Would seem like a pretty big sanction to a person like mr. Folks your honor it was a sanction that was proportionate to the misconduct and the And the waste of time and resources that his conduct caused on the court and the government And the witnesses the court wasted no resources on his sexual assault claim Your honor they wasted resources on his claims that were related to the Remedy that he forged we had an all-day pay the hearing about this and there were there was a cost there And It was mr Fulton's own choice in how to respond to the prison in prison officials and vacation and litigation of their exhaustion defense That ultimately led to the dismissal of his exhausted claims When we first raised the exhaustion defense, mr. Folks is Repeated and willful abuse the judicial process began as judging me pointed out He had multiple opportunities throughout this litigation to cure the defect and admit what he was doing And what he had forged and but instead of taking those opportunities He repeatedly perjured himself and submitted false evidence to the court first in his declaration To opposing the defendants summary judgment on exhaustion with the exact purpose of creating a factual disputes dispute that would necessitate a pay the hearing and Indeed at that point in reply the defendants pointed out how the remedy itself reeked of illegitimate Illegitimacy, there's portions whited out there were lines missing And in the order on this exhaustion defense the court found credence and found that our arguments were not without its support Nobody's couldn't contesting at this point. Okay. Yes, Your Honor And then he continued to double down on that in his in his deposition testimony and also On the pay the hearing after he sat through our expert our government expert a forensic document examiner Who testified the documents forged he sat through that testimony and then continued to triple down on his perjury and misconduct Also, I think it's important to note that the court has an interest in both punishing a party's dishonesty and deterring others who might be considering similar misconduct As this court is recognized if there are no consequences when that forgery as a forgery is uncovered There'll be far too much perjury and the accuracy of judicial decisions will be degraded the Sanction that the district court chose here not only addressed The substantial waste of time and resources that mr. Folks's repeated forgery and fabrication of evidence caused but also has will have a deterrent effect Litigants who are considering similar misconduct If there if there are no further questions The question that this court must decide is whether there's just a court's choice of sanction was arbitrary Giving the egregiousness of mr. Folks fabrication of evidence repeated perjury the substantial waste of time and resources it caused and that it deterrent effect dismissal will have on litigants Considering similar misconduct the district court decision decision should be affirmed in all respects. Thank you Thank You miss shields Mr. Cranley I really just want to make a couple of brief points The first one goes to judge woods's question about what was the process here? And ultimately the question they have answered that question is is the Fox watch that in the house the person policing whether dr Wilson actually engaged in this conduct is the prison system itself and dr. Wilson is one defendant there as is the warden And they surely looked at it But the one person who can fully litigate this claim has the interest in doing so as mr Folks, he's the one that has the best opportunity to bring it to light and to litigate it fully As there needs to be a remedy there I'm do not dispute at all that there needs to be remedy that needs to be a deterrence All those points the shields made are correct This was the wrong one One of the remedies that would be available that would thread the needle between the two huge public interest here the public interest in making Sure, people aren't victims of sexual assault and the public interest in truthfulness before the court is to say We're not going to take away the sexual assault claim, but we can put a filing bar We can prevent future litigation Or put a strike on that takes away a future case Again in the briefing the shields indicated that what that specular that we don't know if there's going to be a future litigation Mr. Folks has filed over 85 grievances in his terms. It's pretty likely in the Time he has left and I'm sorry my time's up But I think that's it's pretty likely that we will be in that position with that your honors I thank you for your time and your attention Okay, mr. Cranley miss shields. Thanks to both of you. Mr. Cranley. I'm am I right? You took this case on appointment from the court, right? So you and your firm have our thanks and we appreciate both counsel will take the appeal under advisement Thank you